IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00713-PAB-SKC

BEAMER THORNTON,

    Plaintiff,

v.

JOBEC, INC., a Colorado corporation,
COLORADO HAMBURGER COMPANY, INC., a Colorado corporation, and
FARMINGTON HAMBURGER COMPANY, INC., a New Mexico corporation,

    Defendants.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order [Docket No. 26] of United States District Judge Philip A. Brimmer entered on February 8, 2019, it is

    ORDERED that Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) [Docket No. 13] is GRANTED. It is further

    ORDERED that plaintiff's claim is DISMISSED WITHOUT PREJUDICE. It is further

    ORDERED that judgment be entered in favor of defendants JOBEC, Inc., Colorado Hamburger Company, Inc., and Farmington Hamburger Company, Inc., and against plaintiff Beamer Thornton. It is further

    ORDERED that defendants are awarded their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is further

2

ORDERED that this case is closed.

Dated at Denver, Colorado this 12th day of February, 2019.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ S. Grimm
   Deputy Clerk

2